IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LUIS CALVILLO, individually and on behalf of all others similarly situated | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 5:15-cv-01165 |
| J&M TANK LINES, INC. | § § § | |
| Defendant. | § | JURY TRIAL DEMANDED |

## AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs, Luis Calvillo and Victor Escandon file this Agreed Motion to Dismiss and would show the Court the following:

Plaintiffs no longer wish to prosecute their claims against Defendant J&M Tank Lines, Inc. Accordingly, Plaintiffs submit this agreed motion and request an order from the Court dismissing the case, with prejudice to the refiling of same.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that this cause of action be dismissed as to all parties with prejudice to the refiling of same and with court costs taxed against the party incurring same.

Respectfully submitted,

_____
Trang Q. Tran
Tran Law Firm, L.L.P.
State Bar No. 00795787
Federal I.D: 20361
9801 Westheimer Road, Suite 302
Houston, Texas 77042
Telephone: (713) 223-8855
Facsimile: (713) 623-6399
**ATTORNEYS FOR PLAINTIFF**

        /s/Joseph W. Gagnon
**JOSEPH W. GAGNON**
Texas Bar No. 00787507
S.D. No. 16884
jgagnon@fisherphillips.com
**EHSAN TABESH**
Texas Bar. No. 24083932
S.D. No. 2147834
etabesh@fisherphillips.com
**FISHER & PHILLIPS LLP**
333 Clay Street, Suite 4000
Houston, TX 77002
Telephone: (713) 292-0150
Facsimile: (713) 292-0151

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 19 day of September, 2016, caused a true and correct copy of the foregoing to be filed via CM/ECF with the Clerk of the United States District Court for the Western District of Texas, which provided notification to all counsel of record at the following address:

Joseph W. Gagnon
Fisher & Phillips, LLP
333 Clay Street
Suite 4000
Houston, Texas 77002

                                                            **ATTORNEY FOR PLAINTIFF**