IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LUIS CALVILLO, Individually and On Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. SA-15-CA-1165-FB |
| J&M TANK LINES, INC., | § § § | |
| Defendant. | § | |

J U D G M E N T

The Court has considered the Judgment to be entered in the above styled and numbered cause.

Pursuant to the Agreed Motion to Dismiss with Prejudice filed on September 19, 2016 (docket #39), and the Order of Dismissal with Prejudice of even date herewith;

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiffs' case is DISMISSED WITH PREJUDICE to the refiling of same as to all parties and all claims with costs of court taxed against and to be paid by the party incurring same. Motions pending, if any, are also DISMISSED. This case is now CLOSED.

It is so ORDERED.

SIGNED this 21st day of September, 2016.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE